# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

WILLIAM TAYLOR REIL,      : No. 24 MM 2015

           Petitioner       : Petition for Extraordinary Relief/Redress of
      : Grievances to the Pennsylvania Supreme
      : Court-King's Bench Jurisdiction Pursuant
      v.       : to 42 Pa.C.S. Section 726
      :
      :
JUDGE CYRUS PALMER DOLBIN DA       : Emergency Application for Supersedeas or
CHRISTINE A. HOLMAN FIRST ADA       : Stay
MARIA T. CASEY ADA JONATHON       :
PHILLIPS CLERK OF CTS THOMAS J.       :
CAMPION JR. "MDJ" CHRISTINA E.       :
HALE PST PAUL E. HARDNOCK, JR.,       :
      :
           Respondents       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of February, 2015, Petitioner William Taylor Reil's "Petition for Extraordinary Relief/Redress of Grievances to the Pennsylvania Supreme Court-King's Bench Jurisdiction Pursuant to 42 Pa.C.S. Section 726" is **DENIED**, and Petitioner's Emergency Application for Supersedeas or Stay is also **DENIED.**